JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>            Plaintiffs,<br><br>  vs.<br><br>MIKE JACK,<br><br>            Defendant. | Case No.: SACV07-00064 AHS (RNBx)<br><br>Honorable Alicemarie H. Stotler<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

    Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

    1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six (6) sound recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having been adjudged to be in default, Defendant Mike Jack ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings

1  listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five
2  Hundred Dollars ($4,500.00).
3      2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount
4  of Four Hundred Twenty Dollars ($420.00).
5      3.    Defendant shall be and hereby is enjoined from directly or indirectly
6  infringing Plaintiffs' rights under federal or state law in the following copyrighted
7  sound recordings:

- "Life in the Fast Lane," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "Heartache Tonight," on album "The Long Run" by artist "The Eagles" (SR# 13-182);
- "Bring Me Your Cup," on album "Promises and Lies," by artist "UB40" (SR# 186-039);
- "Nowhere Fast," on album "Make Yourself," by artist "Incubus" (SR# 278-818);
- "Just a Phase," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "A Certain Shade of Green," on album "SCIENCE," by artist "Incubus" (SR# 249-690);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

1  destroy all copies of those downloaded recordings transferred onto any physical
2  medium or device in Defendant's possession, custody, or control.
3
4  Dated:     February 4, 2008            By:        ALICEMARIE H. STOTLER
5                                                    Honorable Alicemarie H. Stotler
                                                     United States District Judge

#7942 v1